UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

----------------------------------------------------------------x

CHRISTOPHER E. BROWN,
an individual,

      Plaintiff,

v.                                              Civ. No.:2:17-cv-00532-SDW-LDW

DELCO LEVCO VENTURE,
a New Jersey Corporation,

      Defendant.

----------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed,

each party shall bear its respective fees and costs.

Dated: May 22, 2017

Respectfully Submitted,                Respectfully Submitted,

*/s/ Elizabeth T. Foster*             */s/ David H. Altman*
 Elizabeth T. Foster, Esq.         David H. Altman, Esq.
Attorney at Law                 Jeffer, Hopkinson & Vogel
22 E. Quackenbush Avenue      P.O. Box 507
Dumont, New Jersey 07628       Hawthorne, New Jersey 07507
Telephone: (201) 290-5761       Telephone: (973) 423-0100
Facsimile: (201) 215-9574        Facsimile: (973) 423-5614
liztlaw@gmail.com                 daltman@jhvlaw.com

*Attorney for Plaintiff*             *Attorney for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of May, 2017, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered

through CM/ECF to the following attorneys of record:

David H. Altman, Esq.
Jeffer, Hopkinson & Vogel
1600 Route 208 North
P.O. Box 507
Hawthorne, New Jersey  07507

*/s/ Elizabeth T. Foster*
Elizabeth T. Foster, Esq.

2