UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

------------------------------------------------------------x

CHRISTOPHER E. BROWN,
an individual,

    Plaintiff,
v.                                                                               Civ. No.:2:17-cv-00532-SDW-LDW

DELCO LEVCO VENTURE,
a New Jersey Corporation,

    Defendant.
------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: May 22, 2017

Respectfully Submitted,                                  Respectfully Submitted,

*/s/ Elizabeth T. Foster*                                   */s/ David H. Altman*
Elizabeth T. Foster, Esq.                                David H. Altman, Esq.
Attorney at Law                                              Jeffer, Hopkinson & Vogel
22 E. Quackenbush Avenue                           P.O. Box 507
Dumont, New Jersey 07628                          Hawthorne, New Jersey 07507
Telephone: (201) 290-5761                           Telephone: (973) 423-0100
Facsimile: (201) 215-9574                            Facsimile: (973) 423-5614
liztlaw@gmail.com                                         daltman@jhvlaw.com

*Attorney for Plaintiff*                                   *Attorney for Defendant*

So Ordered
this 23rd day of May, 2017
Susan D. Wigenton, U.S.D.J.

1